# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONY A. KHNEISER,<br><br>          Petitioner,<br><br>   v.<br><br>RAYTHEL FISHER, JR.,<br><br>          Respondent. | Case No. EDCV 16-0936-JEM<br><br>**J U D G M E N T** |

In accordance with the Memorandum Opinion and Order Denying Petition for Writ of Habeas Corpus and Denying Certificate of Appealability filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: August 7, 2017

                                              */s/ John E. McDermott*
                                              JOHN E. MCDERMOTT
                                      UNITED STATES MAGISTRATE JUDGE